UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BONINI
CLERK
04 JUN 16 PM 2:39

No: 03-3080

Filed: June 15, 2004

DEBRA SUE VITT

    Plaintiff - Appellant

01-355

v.

CITY OF CINCINNATI

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 5/20/04 the mandate for this case hereby issues today.

A True Copy.

COSTS: NONE

Attest:

_____
Deputy Clerk